UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BERNIE 2016, INC. <br><br> *Plaintiff* <br><br> v. <br><br> DNC SERVICES CORPORATION, <br> d/b/a DEMOCRATIC NATIONAL <br> COMMITTEE <br><br> *Defendant* | Case No. |

PLAINTIFFS' DISCLOSURE STATEMENT
PURSUANT TO LCvR 7.1

  Plaintiff, Bernie 2016, Inc., pursuant to LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia, hereby respectfully submits the following certification:  I, the undersigned, counsel of record for the Plaintiff, Bernie 2016, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Bernie 2016, Inc. which have any outstanding securities in the hands of the public: NONE.

                   Respectfully submitted,

                   GARVEY SCHUBERT BARER

                   By: /s/  Benjamin J. Lambiotte
                     Benjamin J. Lambiotte, Esq.
                     D.C. Bar. No. 421288

                     s/  Sean C.  Griffin
                     Sean C. Griffin
                     D.C. Bar. No. 442284

                   *Counsel for Plaintiff,*
                   *Bernie 2016, Inc*

GSB:7438750.1