UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BERNIE 2016, INC.<br><br>*Plaintiff*<br><br>v.<br><br>DNC SERVICES CORPORATION,<br>  d/b/a DEMOCRATIC NATIONAL<br>  COMMITTEE<br><br>*Defendant* | Case No. 1:15-cv-02211-TSC |

## PLAINTIFF'S STATUS REPORT

Pursuant to the Court's Order of January 11, 2016, Plaintiff, Bernie 2016, Inc., hereby submits this Status Report.

The parties are engaged in discussions and are continuing in their cooperative efforts to resolve the pending litigation. In light of these efforts, Plaintiff does not intend to serve Defendant at this time. However, if the parties are unable to resolve this dispute, Plaintiff reserves the right to serve Defendant before the expiration of the time limit for service set forth in Federal Rule of Civil Procedure 4(m).

Respectfully submitted,

GARVEY SCHUBERT BARER

By: /s/ Benjamin J. Lambiotte
 Benjamin J. Lambiotte, Esq.
 D.C. Bar. No. 421288

 /s/ Sean C. Griffin
 Sean C. Griffin
 D.C. Bar. No. 442284
*Attorneys for Plaintiff,*
*Bernie 2016, Inc.*

**CERTIFICATE OF SERVICE**

Undersigned counsel hereby certifies that a copy of the foregoing was served this 15th day of January 2016 upon counsel for all other parties of record through the Court's ECF System and on Defendant's counsel Robert Bauer at RBauer@perkinscoie.com.

\_\_\_/s/_____
Sean C. Griffin