# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**Bernie 2016, Inc.**

**Plaintiff**

vs.    Case No: 15-2211 TSC

**DNC Services Corporation, d/b/a Democratic National Committee**

**Defendant**

## AFFIDAVIT OF SERVICE

I, Ambiko Guice, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Notice of Right to Consent to Trial before a United States Magistrate Judge, and Complaint for Injunctive and Other Relief with Exhibits, and Plaintiff's Disclosure Statement in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 03/17/2016 at 1:48 PM, I served DNC Services Corporation c/o Perkins Coie LLP with the Summons, Notice of Right to Consent to Trial before a United States Magistrate Judge, and Complaint for Injunctive and Other Relief with Exhibits, and Plaintiff's Disclosure Statement at 700 13th Street, NW, Suite 600, Washington, DC 20005 by serving Judy L. Casey, Assistant to Bob Bauer, Esquire, authorized to accept service.

Judy L. Casey is described herein as:

Gender: Female   Race/Skin: White   Age: 58   Weight: 175   Height: 5'9"   Hair: Blonde   Glasses: Yes

I do solemnly declare and affirm under penalty of perjury that I have read the foregoing information set forth herein is correct to the best of my knowledge, information, and belief.

3-17-16
Executed On



Ambiko Guice

Job #: 1506309    Client Ref Number:23038.00500

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050