**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **BERNIE 2016, INC.** | |
| *Plaintiff* | Case No. 1:15-cv-02211-TSC |
| v. | |
| **DNC SERVICES CORPORATION,** d/b/a **DEMOCRATIC NATIONAL COMMITTEE** | |
| *Defendant* | |

## PLAINTIFF'S UPDATED STATUS REPORT

Plaintiff, Bernie 2016, Inc., hereby submits this Updated Status Report to inform the Court that the parties continue to engage in cooperative discussions in their efforts to resolve the pending litigation. However, in light of March 17, 2016, being the expiration of the time limit for service set forth in Federal Rule of Civil Procedure 4(m), and simply in order to preserve the *status quo*, Plaintiff hereby informs the Court that it effectuated service on March 17, 2016, as reflected in the return of service filed concurrently with this report.

The parties will provide the Court with timely updates regarding their continuing cooperative discussions.

Respectfully submitted,

                                                    GARVEY SCHUBERT BARER

                                  By:  /s/  Benjamin J. Lambiotte
                                        Benjamin J. Lambiotte, Esq.
                                        D.C. Bar. No. 421288

                                        /s/  Sean C.  Griffin
                                        Sean C. Griffin
                                        D.C. Bar. No. 442284

*Attorneys for Plaintiff,*
*Bernie 2016, Inc.*

## **CERTIFICATE OF SERVICE**

Undersigned counsel hereby certifies that a copy of the foregoing was served this 24th day of March 2016 upon counsel for all other parties of record through the Court's ECF System and on Defendant's counsel Robert Bauer at RBauer@perkinscoie.com.

                                                      /s/
                                          Sean C. Griffin