UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BERNIE 2016, INC.**<br><br>*Plaintiff*<br><br>v.<br><br>**DNC SERVICES CORPORATION,**<br>d/b/a **DEMOCRATIC NATIONAL COMMITTEE**<br><br>*Defendant* | Case No. 1:15-cv-02211-TSC |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Bernie 2016, Inc., by and through its undersigned counsel, hereby gives notice that this action shall be **DISMISSED WITH PREJUDICE**, as settled, with each party to bear its own costs.

Dated: April 29, 2016
Washington, D.C.

Respectfully submitted,

/s/  Sean C. Griffin
Sean C. Griffin, Esq.
D.C. Bar. No. 442284
GARVEY SCHUBERT BARER
1000 Potomac Street, N.W.
Second Floor
Washington, D.C.  20007
Telephone: (202) 965-7880
Facsimile:  (202) 965-1729
E-mail:  sgriffin@gsblaw.com

*Counsel to Bernie 2016, Inc.*

## **CERTIFICATE OF SERVICE**

      I, Sean C. Griffin, hereby certify that, on the 29th day of April, 2016, I caused to be served the foregoing Stipulation of Voluntary Dismissal on all counsel of record via the Court's ECF/CM system.

                                        /s/ Sean C. Griffin

GSB:7757096.1